Taylor-Judge
 

 delivered the opinion of the conrts-No.
 
 *178
 
 thins appears in this case to shew any consent on the part of the complainants to relinquish the claim which they have-ai?a*nst the defendants, who are chargeable in respect of the property they ¡¡<v.- ;.-s legatees. 1 he whole fund is ¡la-bio to the creditor, and if any one of the legatees pay more than his proportion, it becomes a question of contribution between him and the others ; but is no answer to the creditor, while any thing remains of the tesfafoUs property in his possession'. it is very proper for the court to adjust these proportions for the convenience of the parties? lmr if one legatee remove his share out of the reach of the creditor and without his connivance, he has an undoubted right to procure satisfaction from the others.- — The motion of complainants must therefore be allowed.